IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joni O'Connell,

    Plaintiff,                          3:21cv1718

v.

                                       **ORDER**

National Beef Ohio, LLC,

    Defendant.

    Plaintiff filed the complaint in this action on September 2, 2021. It appears to the Court that service has not been perfected.

    Accordingly, plaintiff is granted ten days from the date of this order to show cause why this case should not be dismissed for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

    So Ordered.

                                                            s/ Jeffrey J. Helmick
                                                            United States District Judge